■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE K. HIGGINS, Appellant. [864 NYS2d 356]—Appeal from an order of the Seneca County Court (W. Patrick Falvey, J.), entered August 2, 2007. The order denied defendant's petition to modify the determination that he is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Defendant appeals from an order denying his petition pursuant to Correction Law § 168-o seeking to modify the determination "regarding the level of notification" (§ 168-o [2]), i.e., that he is a level two risk pursuant to the Sex Offender Registration Act (Correction Law § 168 *et seq.*). We agree with County Court that defendant failed to meet his "burden of proving the facts supporting the requested modification by clear and convincing evidence" (§ 168-o [2]). Present—Scudder, P.J., Centra, Fahey, Peradotto and Green, JJ.